**FILED**

AUG 22 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )
                                            )    Case No. 12 B 07777
NORTHWEST PEDIATRIC SERVICES,               )
                                            )
                                            )
                                            )    Chapter 11
           Debtor.                          )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO PHILIP M. FORNARO & ASSOCIATES, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $54,520.50 | TOTAL COSTS REQUESTED: | $2,458.11 |
| TOTAL FEES REDUCED: | $4,534.20 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $49,986.30 | TOTAL COSTS ALLOWED: | $2,458.11 |

**TOTAL FEES AND COSTS ALLOWED: $52,444.41**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(4)     Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)     Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(14)    Computational or Typographical Error**

      The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: August 22, 2012

                                                                                         _____
                                                                                         Eugene R. Wedoff
                                                                                        United States Bankruptcy Judge

# Law Offices of Philip M. Fornaro & Associates, Ltd.

## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone # (708) 255-5651
Fax # (708) 390-0665

Invoice submitted to:

Dr. Orawan Sukavachana
373 Summit Street Ste. 102
Elgin, IL 60120-3748
RE: Preparation of Petition &
    initial matters

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1707 |

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 2/28/2012 | Prepared, reviewed, and revised initial petition pages for filing of chapter 11 case (JJ) | 0.8 | 320.00 | 256.00 |
| 2/28/2012 | Reviewed data from client and assisted with preparation of 20 largest creditors and creditor matrix (JJ) | 0.8 | 320.00 | 256.00 -25.6 |
| 2/28/2012 | Meeting with client. Research and began drafting bankruptcy docs, corporate regulations, certification, petition, and schedules. (TF) | 5.5 | 275.00 | 1,512.50 -151.25 |
| 2/29/2012 | Continued drafting and preparing documents (TF) | 0.9 | 275.00 | 247.50 |
| 2/29/2012 | Telephone correspondence with CFO Kammes throughout the day to gather information in anticipation of filing (TF) | 2 | 275.00 | 550.00 |
| 2/29/2012 | Telephone correspondence with HFS regarding funds held per IRS levy (TF) | 0.4 | 275.00 | 110.00 |
| 2/29/2012 | Electronically filed petition and schedules for emergency filing (TF) | 5.7 | 275.00 | − 1,567.50 |
| 2/29/2012 | Continued drafting and preparing docs (TF) | 0.9 | 275.00 | 247.50 |
| 2/29/2012 | Revised and finalized initial petition, attorney appearance, 20 largest creditors, general creditor matrix (JJ) | 0.8 | 320.00 | 256.00 |
| 2/29/2012 | Multiple telephone correspondence with CFO Kammes (TF) | 1 | 275.00 | 275.00 |
| 2/29/2012 | Electronically filed petition and schedules for emergency filing (TF) | 4.7 | 275.00 | − 1,292.50 |
| 2/29/2012 | Telephone correspondence with HFS regarding funds held per IRS levy (TF) | 0.4 | 275.00 | − 110.00 |
| 2/29/2012 | Review of law on state possession and turnover of state property to call IDOR counsel (JJ) | 0.8 | 320.00 | 256.00 |
| 2/29/2012 | Began drafting motion to retain bank accounts (JJ) | 0.8 | 320.00 | 256.00 |
| 2/29/2012 | Began drafting motion to pay utilities (JJ) | 0.8 | 320.00 | 256.00 |
| 3/1/2012 | Reviewed IRS tax transcripts, left voice mail message for revenue officer Ashford (IRS) (TF) | 0.2 | 275.00 | 55.00 -5.5 |
| 3/1/2012 | Preparation of packets for faxing to opposing counsel and parties on service list (CT) | 0.5 | 320.00 | 160.00 |
| 3/1/2012 | Telephone correspondence with bankruptcy's clerk's office as to refiling to reflect kid care entity (JJ) | 0.2 | 320.00 | 64.00 |
| 3/1/2012 | Refiled emergency petition (JJ) | 0.2 | 320.00 | 64.00 |
| 3/1/2012 | Conference in office as to resolution of estate property issues (JJ) | 0.6 | 320.00 | 192.00 |
| 3/1/2012 | Conference regarding payment of postpetition payroll (JJ) | 0.4 | 320.00 | 128.00 |

Total

# Law Offices of Philip M. Fornaro & Associates, Ltd.

## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone # (708) 255-5651
Fax # (708) 390-0665

Invoice submitted to:
Dr. Orawan Sukavachana
373 Summit Street Ste. 102
Elgin, IL 60120-3748
RE: Preparation of Petition &
    initial matters

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1707 |

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/1/2012 | Conference regarding US Trustee requirements from client for Chapter 11 case (JJ) | 0.2 | 320.00 | 64.00 |
| 3/1/2012 | Continued drafting of utility, and bank account motions (JJ) | 0.8 | 320.00 | 256.00  -256 |
| 3/1/2012 | Began drafting motion for extension to file schedules (JJ) | 0.8 | 320.00 | 256.00 |
| 3/1/2012 | Telephone correspondence with claims department at HFS regarding status of Released Funds (subject to IRS Levy) (TF) | 0.2 | 275.00 | 55.00 |
| 3/2/2012 | Multiple telephone calls with client regarding impending release of funds held by Department of Health Care and Family Services, discussion of debtor inability to use said funds without court order (JJ) | 1 | 320.00 | 320.00 |
| 3/2/2012 | Continued to draft cash collateral and extension of time motions (JJ) | 0.8 | 320.00 | 256.00  -25.6 |
| 3/2/2012 | Preparation of mailing matrix, envelopes and labels for sending of filing notices to creditors (MAB-Paralegal) | 0.6 | 70.00 | 42.00 |
| 3/3/2012 | Telephone correspondence with five separate attorneys regarding a potential co-counsel relationship to conform to Chapter 11 needs (PMF) | 2 | 320.00 | 640.00 |
| 3/5/2012 | Telephone conferences with Attorney Brom and Attorney Cohen regarding co-counsel relationship and plan of action (PMF) | 1.5 | 320.00 | 480.00 |
| 3/6/2012 | Telephone correspondence with attorney representing the interest of Arlington Heights Management Company regarding lease payments. (PMF) | 0.2 | 275.00 | 55.00 |
| 3/6/2012 | Telephone correspondence with Judge Wedoff's chambers to set hearing on initial motions (JJ) | 0.2 | 320.00 | 64.00 |
| 3/6/2012 | Finalized and filed motions regarding cash collateral, retention of bank accounts and extension of time to file schedules and sent to all parties (JJ) | 1.4 | 320.00 | 448.00  -44.8 |
| 3/6/2012 | Began drafting initial motions-utilities-adequate assurance and order prohibiting termination service. (TF) | 1.1 | 275.00 | 302.50  -30.25 |
| 3/6/2012 | Review and revised initial drafts of Kammes' declaration re: First Day Motion (TF) | 1.5 | 275.00 | 412.50 |
| 3/7/2012 | Review and revised initial motions, motion to maintain bank accounts, motion to extend time to file schedules, motion for use of cash collateral, motion to pay preparation wager (TF) | 4 | 275.00 | 1,100.00  -110 |
| | | | Total | |

Page 2

# Law Offices of Philip M. Fornaro & Associates, Ltd.

## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone # (708) 255-5651
Fax # (708) 390-0665

| Invoice submitted to: | | Date | Invoice # |
|---|---|---|---|
| Dr. Orawan Sukavachana<br>373 Summit Street Ste. 102<br>Elgin, IL 60120-3748<br>RE: Preparation of Petition &<br>   initial matters | | 5/31/2012 | 1707 |

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/7/2012 | Prepared and filed Certificates as to emergency basis for filing initial motions (JJ) | 0.8 | 320.00 | 256.00 |
| 3/8/2012 | Continue drafting/amending motions, prepared notices of motion and corresponding orders for all the motions. Filed initial motions electronically. (TF) | 0.8 | 275.00 | 220.00 -22 |
| 3/9/2012 | Review of email correspondence from Charles Bandoian regarding his monetary claim and telephone correspondence with the same. (PMF) | 0.2 | 320.00 | 64.00 |
| 3/14/2012 | Court hearings on motion for cash collateral, extension of time to file schedules and continued use of bank accounts (JJ) | 1.5 | 320.00 | 480.00 |
| 3/14/2012 | Prepared for and attended initial meeting at US Trustee's office with client to review trustee reporting requirements, outline debtor's history and plans going ahead (JJ) | 1 | 320.00 | 320.00 |
| 3/15/2012 | Prepared motion for waiver of ombudsman and research related to the same. (TF) | 1.3 | 275.00 | 357.50 -35.75 |
| 3/16/2012 | Telephone correspondence with Jeff Johnson regarding his position as creditor (PMF) | 0.2 | 320.00 | 64.00 |
| 3/17/2012 | Research IRS/tax priority claims (reviewed IRS Proof of Claim). Reviewed transcripts. (TF) | 0.4 | 275.00 | 110.00 -11 |
| 3/20/2012 | Met with Kammes to review financial documents (TF) | 1.6 | 275.00 | 440.00 |
| 3/20/2012 | Telephone correspondence and email correspondence with Barry Glazier regarding possible request for lift of stay on two properties leased by Northwest Pediatrics on Western Avenue (PMF) | 0.1 | 320.00 | 32.00 |
| 3/21/2012 | Meeting with Larry Kammes regarding completion of schedules (JJ) | 1 | 320.00 | 320.00 |
| 3/26/2012 | Continued review of schedules A,B,D,E,F,G,H, 941. Issues re: back-due wages, unpaid bills and deposits. (TF) | 0.7 | 275.00 | 192.50 |
| 4/2/2012 | Continue drafting of schedules, review of information from client for schedules (1.4). Multiple calls with counsel for Alexian, IDOR and IRS for terms of second cash collateral order (JJ) | 2.4 | 320.00 | 768.00 |
| 4/3/2012 | Preparation for meeting with staff members of debtor to discuss pending bankruptcy case (PMF) | 0.3 | 320.00 | 96.00 |
| | | | Total | |

# Law Offices of Philip M. Fornaro & Associates, Ltd.

## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone # (708) 255-5651
Fax # (708) 390-0665

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1707 |

Invoice submitted to:

Dr. Orawan Sukavachana
373 Summit Street Ste. 102
Elgin, IL 60120-3748
RE: Preparation of Petition &
   initial matters

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4/3/2012 | Four separate meetings with staff and provides of debtor regarding bankruptcy case and planned restructuring at client headquarters (PMF) | 7 | 320.00 | 2,240.00 |
| 4/3/2012 | Finalize all schedules for filing, review of additional information sent from client for completion of schedules, review of court docket to ensure all listed. Telephone conference with client as to meeting of creditors (JJ) | 2 | 320.00 | 640.00 −64 |
| 4/3/2012 | Met with NPS employees/staff to answer questions and explain process. Met with four groups, approximately 115 people. (TF) | 2.2 | 275.00 | 605.00 |
| 4/5/2012 | Meeting with Larry Kammes as to preparation for 341 meeting of creditors (JJ) | 0.8 | 320.00 | 256.00 |
| 4/5/2012 | Attendance and appearance at meeting of creditors with client (JJ) | 2 | 320.00 | 640.00 |
| 4/5/2012 | Conference with other Fornaro counsel as to results of meeting (JJ) | 0.5 | 320.00 | 160.00 |
| 4/5/2012 | Telephone correspondence with counsel for secured creditors as to results of meeting and request for additional documents (JJ) | 0.5 | 320.00 | 160.00 |
| 4/10/2012 | Reviewed Proofs of Claim from Sorenson and Newcomb (TF) | 0.4 | 275.00 | 110.00 |
| 4/10/2012 | Initial review of all claims filed to date. Review of emailed questions from Sorenson on debtor administration and forward to client after analysis of impact on Estate. Revise Second Cash Collateral Order (JJ) | 0.4 | 320.00 | 128.00 −12.8 |
| 4/11/2012 | Prepared and copied notice of filing and initial motions for sending to creditors and parties entitled to notice (CF-Paralegal) | 1 | 70.00 | 70.00 |
| 4/23/2012 | Call with Trustee as to first operating report and sending of same sent to court for filing (JJ) | 0.4 | 320.00 | 128.00 −12.8 |
| 4/23/2012 | Reviewed first monthly report of NPS. Spoke to Kammes regarding the report. (TF) | 0.2 | 275.00 | 55.00 −5.5 |
| 5/4/2012 | Multiple calls with clients as possible payroll issue resolution for reducing costs (JJ) | 0.6 | 320.00 | 192.00 |
| 5/8/2012 | Meeting with client and officers as to plan of reorganization and means for effecting reduction of expenses and increase of revenue stream (JJ) | 2.2 | 320.00 | 704.00 |
| 5/16/2012 | Discussions with CFO Kammes regarding 941 reports and 1120 tax returns, reviewed available documents (TF) | 1.4 | 275.00 | 385.00 |
| | | | Total | |

# Law Offices of Philip M. Fornaro & Associates, Ltd.

## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone # (708) 255-5651
Fax # (708) 390-0665

Invoice submitted to:

Northwest Pediatric Services P.C.
373 Summit St. Ste. 102
Elgin, IL 60120
RE: Leasing Issues

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1749 |

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 5/8/2012 | Attendance at meeting with client regarding fromulation of a detailed structured plan, analyzed real estate lease provisions (PMF) | 2.8 | 320.00 | 896.00 -89.6 |
| 5/8/2012 | Meeting at office with clients regarding open issues, strategy and plan specifically related to IRS liabilities (TF) | 1.7 | 275.00 | 467.50 |
| 5/10/2012 | Continued legal research on issue of tenancy by sufferance (JJ) | 0.8 | 320.00 | 256.00 |
| 5/10/2012 | Communications with counsel for Alexian as to possible settlement of Dundee and Lake properties lease issues (JJ) | 0.6 | 320.00 | 192.00 |
| 5/11/2012 | Review of multiple correspondences with CEO as to restructuring issues and current finances (JJ) | 0.6 | 320.00 | 192.00 |
| 5/16/2012 | Telephone correspondence with Alexian counsel as to possible lease resolution (JJ) | 0.4 | 320.00 | 128.00 |
| 5/21/2012 | Communications with Alexian counsel as to possible resolutions of lease issues, review of trustee's April operating report for filing and call with Larry Kammes as to same (JJ) | 1.4 | 320.00 | 448.00 -44.8 |
| 5/23/2012 | Telephone correspondence with client regarding Gewolb property and whether Debtor has abandoned same (JJ) | 0.5 | 320.00 | 160.00 |
| 5/29/2012 | Review of correspondence from counsel for Alexian as to possible settlement terms on lease issues, prepare and sent reply to latest proposal, legal research continued as to lease issues and assumption, correspondence to secured creditors as to newest cash collateral order needed (JJ) | 1.4 | 320.00 | 448.00 -44.8 |

| | |
|---|---|
| Invoice Total | $9,503.50 |
| Balance to Date | $9,503.50 |

# Law Offices of Philip M. Fornaro & Associates, Ltd.

## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone #  (708) 255-5651
Fax #    (708) 390-0665

Invoice submitted to:
Northwest Pediatric Services P.C.
373 Summit St. Ste. 102
Elgin, IL 60120
RE: Post Petition Financing

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1741 |

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/5/2012 | Review of email correspondence from Muneris Capital Group, LLC as a potential debtor in possession lender and lines of credit (PMF) | 0.1 | 320.00 | 32.00 |
| 3/9/2012 | Telephone correspondence with Factoring Company regarding interim financing and explanation of current financial condition (PMF) | 0.3 | 320.00 | 96.00 |
| 3/15/2012 | Preparation of email to D. Wanders at Gibraltar Capital regarding potential line of credit (TF) | 0.1 | 275.00 | 27.50 |
| 4/3/2012 | Telephone correspondence with factoring company regarding alternate financing (PMF) | 0.1 | 320.00 | 32.00 |
| 4/3/2012 | Preparation for conference call with factoring company regarding possibility of interim financing (PMF) | 0.7 | 320.00 | 224.00 |
| 4/4/2012 | Telephone correspondence with D. Wander at Gibraltar regarding possible DIP financing (TF) | 0.1 | 275.00 | 27.50 |
| 4/4/2012 | Conference call with Gibraltar Capital regarding potential funding sources (PMF) | 1.2 | 320.00 | 384.00 |
| 4/10/2012 | Review of email correspondence from Daniel Flaherty from Gibraltar regarding additional requirements for providing a proposal (PMF) | 0.1 | 320.00 | 32.00 |
| 4/11/2012 | Telephone correspondence with Greg Faust from Capital Resource Solutions regarding alternatives to factoring (PMF) | 0.2 | 320.00 | 64.00 |
| 4/11/2012 | Reviewed cash collateral budget and aging A/R report to determine current cash flow, analyzed whether DIP financing is necessary (TF) | 0.4 | 275.00 | 110.00 |
| 4/12/2012 | Telephone correspondence with new potential funding source (Gibraltar) and requirements necessary to obtain funding, telephone correspondence with various other lenders regarding possible sources of funding while in bankruptcy (PMF) | 1 | 320.00 | 320.00 |

-32

Invoice Total

Balance to Date

Page 1

# Law Offices of Philip M. Fornaro & Associates, Ltd.

## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone #   (708) 255-5651
Fax #     (708) 390-0665

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1741 |

Invoice submitted to:

Northwest Pediatric Services P.C.
373 Summit St. Ste. 102
Elgin, IL 60120
RE: Post Petition Financing

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4/12/2012 | Review of questions and requests for information from former employees concerning debtor's administration, review of debtor's last-filed tax return and same to US Trustee per their request, began review of former employee employment contracts to assess amounts of claim (JJ) | 1.2 | 320.00 | 384.00 |
| 4/16/2012 | Preparation of email to David Wanders and telephone correspondence with Larry Kammes regarding status of financials to obtain interim financing and discussions regarding leases (PMF) | 0.3 | 320.00 | 96.00 |
| 4/17/2012 | Telephone correspondence with temporary agency representative regarding status of payments (PMF) | 0.1 | 320.00 | 32.00 |
| 4/17/2012 | Review of email correspondence from Greg Faust regarding financing matters and telephone correspondence with Larry Kammes regarding the same (PMF) | 0.1 | 320.00 | 32.00 |
| 5/3/2012 | Telephone correspondence with counsel for Illinois as verification of amounts due to state agencies (JJ) | 0.2 | 320.00 | 64.00 |
| 5/4/2012 | Telephone correspondence with Alexian and IDOR counsel as to amounts claimed as priority and secured debt (JJ) | 0.4 | 320.00 | 128.00 |
| 5/7/2012 | Telephone correspondence with factoring company regarding status of financing alternatives (PMF) | 0.2 | 320.00 | 64.00 |
| 5/14/2012 | Continued with 941 tax audit/payroll research for financing course (TF) | 1.3 | 275.00 | 357.50 |
| 5/15/2012 | Meeting with clients regarding proposed Chapter 11 plan and all open issues (TF) | 0.6 | 275.00 | 165.00 |
| 5/15/2012 | weekly meeting with clients as to issues for drafting plan of reorganization, discussion of preference issues and payroll questions (JJ) | 1.4 | 320.00 | 448.00 |
| 5/15/2012 | Review of email correspondence with David Wanders regarding factoring and analyzed final items needed for presentment to Gilbraltar (PMF) | 0.1 | 320.00 | 32.00 |

Handwritten annotations: -38.4, -9.6; circled "7" marks next to 4/12/2012, 4/16/2012, and 4/17/2012 entries.

Invoice Total

Balance to Date

Page 2

# Law Offices of Philip M. Fornaro & Associates, Ltd.
## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone #    (708) 255-5651
Fax #      (708) 390-0665

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1741 |

Invoice submitted to:

Northwest Pediatric Services P.C.
373 Summit St. Ste. 102
Elgin, IL 60120
RE: Post Petition Financing

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 5/22/2012 | Meeting with client regarding further discussion regarding plan including line of credit, prior payment history for employees, and restructuring, telephone correspondence with potential lender (PMF) | 3 | 320.00 | 960.00  −96 |
| 5/23/2012 | Communication with client as to Gewolb property and whether Debtor has abandoned same (JJ) | 0.5 | 320.00 | 160.00 |
| 5/23/2012 | Continued research on line of credit and analysis of leases (PMF) | 0.4 | 320.00 | 128.00  −12.8 |
| 5/23/2012 | Telephone correspondence with CFO Kammes regarding terms of debtor in possession proposal (PMF) | 0.5 | 320.00 | 160.00 |
| 5/23/2012 | Telephone correspondence with David Wanders regarding debtor in possession proposal (PMF) | 0.5 | 320.00 | 160.00 |
| 5/23/2012 | Detailed review of debtor in possession proposal (PMF) | 0.7 | 320.00 | 224.00 |
| 5/23/2012 | Reviewed letter of intent from Gibraltar Capital regarding line of credit (TF) | 0.2 | 275.00 | 55.00 |
| 5/29/2012 | Preparation for meeting with client and attendance at meeting regarding obtaining line of credit and conference call with potential finance company as to terms of letter of credit, further discussion regarding staffing and providers (PMF) | 4.7 | 320.00 | 1,504.00  −150.40 |
| 5/30/2012 | Preparation of email correspondence with David Wanders regarding possible financing and letter of intent, review of revised letter of intent (PMF) | 0.5 | 320.00 | 160.00  −16 |
| 5/30/2012 | Telephone correspondence with Larry Kammes regarding financing and receivables (PMF) | 0.3 | 320.00 | 96.00 |
| 5/30/2012 | Completed draft of emergency motion for payment of due diligence fees, researched Code for notice requirements for emergencies, review of correspondence from creditor as to company status and prepared response (JJ) | 1.8 | 320.00 | 576.00  −57.6 |
| 5/31/2012 | Revised internal memorandum to client regarding necessity of court approval on various matters (PMF) | 0.2 | 320.00 | 64.00 |

**Invoice Total**

**Balance to Date**

Page 3

# Law Offices of Philip M. Fornaro & Associates, Ltd.

## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone # (708) 255-5651
Fax #   (708) 390-0665

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1747 |

Invoice submitted to:

Northwest Pediatric Services
373 Summit St. Ste. 102
Elgin, IL 60120
Re: Cash Collateral & Claims Issues

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/1/2012 | Reviewed IRS tax transcripts, left voice mail message for Revenue Officer Ashford (IRS) (TF) | 0.2 | 275.00 | 55.00 -5.5 |
| 3/1/2012 | Began preparing cash collateral motion (JJ) | 0.8 | 320.00 | 256.00 |
| 3/6/2012 | Legal research regarding whether IRS is a creditor deserving of adequate protection and procedural issues regarding same (CT) | 1.3 | 320.00 | 416.00 |
| 3/7/2012 | Telephone correspondence with client as to possible IRS willingness to release hold on funds to allow usage (JJ) | 0.4 | 320.00 | 128.00 |
| 3/9/2012 | Telephone correspondence with Meyer Silber at IRS regarding cash collateral (TF) | 0.1 | 275.00 | 27.50 |
| 3/9/2012 | Telephone correspondence with Trustee K. Gleeson regarding cash collateral (TF) | 0.1 | 275.00 | 27.50 |
| 3/9/2012 | Telephone correspondence with US Trustee Attorney regarding process of releasing the funds from HFS (PMF) | 0.1 | 320.00 | 32.00 |
| 3/9/2012 | Telephone correspondence with Attorney Silber for IRS regarding release of HFS funds (PMF) | 0.1 | 320.00 | 32.00 |
| 3/12/2012 | Conference with clients regarding payroll as related to cash collateral (TF) | 0.2 | 275.00 | 55.00 |
| 3/12/2012 | Amended filing regarding cash collateral and adequate protection (TF) | 0.1 | 275.00 | 27.50 |
| 3/13/2012 | Reviewed IDOR's response objecting to our motion for use of cash collateral, researched case law and code, telephone conference with James Newhold (IDOR) and J. Joyce re: status objection, reviewed IDOR/Newhold email with suggested language (TF) | 0.8 | 275.00 | 220.00 -22 |
| 3/13/2012 | Preparation for 3/14 emergency hearing on our initial motions (TF) | 0.2 | 275.00 | 55.00 |
| 3/13/2012 | Preparation for and attendance at meeting with John Brom regarding plan of action at initial stage of case and dispersal of work for upcoming motions (PMF) | 2.5 | 320.00 | 800.00 |
| 3/13/2012 | Review of IDOR's response motion for interim order authorizing interim use of cash collateral (PMF) | 0.2 | 320.00 | 64.00 |
| 3/13/2012 | Conference with all counsel to prepare for hearings on motions (JJ) | 2 | 320.00 | 640.00 |

Invoice Total

Balance to Date

Page 1

# Law Offices of Philip M. Fornaro & Associates, Ltd.

## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone # (708) 255-5651
Fax # (708) 390-0665

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1747 |

Invoice submitted to:

Northwest Pediatric Services
373 Summit St. Ste. 102
Elgin, IL 60120
Re: Cash Collateral & Claims Issues

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/14/2012 | Conference with IDOR and IRS-reached agreement regarding cash collateral motion (TF) | 0.8 | 275.00 | 220.00 |
| 3/14/2012 | Draft of letter and email, sent copy of order to Joe Howard (attorney for HFS) re: release of IRS levy, drafted letter and sent copy of revised order to A. Friedman (attorney with IRS) (TF) | 0.2 | 275.00 | 55.00 -5.5 |
| 3/14/2012 | Conference with counsel for state and federal taxing agencies as to revising order on cash collateral to provide adequate protection (JJ) | 0.5 | 320.00 | 160.00 |
| 4/4/2012 | Reviewed Alexian Brothers motion to lift stay and objection to cash collateral (TF) | 4.4 | 275.00 | 1,210.00 |
| 4/4/2012 | Court appearance for hearing on set status, motion for Ombudsman and continuation on cash collateral, have waiver of ombudsman granted, extension of cash collateral authorized after talks with all secured creditors, set tentative date for initial plan presentation, prepared draft of second cash collateral order for parties' review (JJ) | 2.4 | 320.00 | 768.00 -76.8 |
| 4/9/2012 | Draft, review and revised Second Cash Collateral Order for distribution to all parties in interest, make requested revisions to same (JJ) | 1.2 | 320.00 | 384.00 -38.4 |
| 4/10/2012 | Revised Second Cash Collateral Order (JJ) | 0.4 | 320.00 | 128.00 |
| 4/11/2012 | Finalized and sent second cash collateral order to judge's chambers for filing (JJ) | 0.4 | 320.00 | 128.00 |
| 4/11/2012 | Reviewed questions from former employees concerning amounts scheduled by client (JJ) | 0.8 | 320.00 | 256.00 |
| 4/13/2012 | Review of employment agreements for Wajli and Sorenson, research on priority claimants and cap on entitlement to amounts due (JJ) | 0.8 | 320.00 | 256.00 |
| 4/16/2012 | Telephone correspondence with Dr. Wajli as to claim filed, review of latest claims filed (JJ) | 0.8 | 320.00 | 256.00 -25.6 |

Invoice Total

Balance to Date

# Law Offices of Philip M. Fornaro & Associates, Ltd.

### 9140 Broadway Avenue
### Brookfield, IL 60513

Phone # (708) 255-5651
Fax # (708) 390-0665

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1747 |

Invoice submitted to:

Northwest Pediatric Services
373 Summit St. Ste. 102
Elgin, IL 60120
Re: Cash Collateral & Claims Issues

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
|  |  | 1 | 320.00 | 320.00 |
| 4/17/2012 | Finalized and filed application to employ counsel, mailed same to recipients (JJ) | 1.4 | 320.00 | 448.00 |
| 4/18/2012 | Conference with debtor's CFO as to current payroll and amounts (JJ) | 1 | 320.00 | 320.00 |
| 4/19/2012 | Legal research on issues of recovering transfers outside preference period, conference with co-counsel on creation of classes for Plan formulation (JJ) | 1.4 | 320.00 | 448.00  −32 |
| 4/24/2012 | Initial review of newer claims filed to date, reviewed of emailed questions from Sorenson on debtor administration and forwarded to client after analysis of impact on Estate, revised second cash collateral order (JJ) | 1.2 | 320.00 | 384.00  −448 |
| 5/1/2012 | Court appearance for continued status on continued use of cash collateral (JJ) | 0.4 | 320.00 | 128.00 |
| 5/1/2012 | Legal research on tax issues for dischargeable amounts question (JJ) | 0.5 | 275.00 | 137.50  −13.75 |
| 5/1/2012 | Obtained updated IRS tax transcripts, telephone correspondence claims with Larry Kammes regarding payroll reports (TF) | 2 | 275.00 | 550.00 |
| 5/3/2012 | Met with CEO regarding tax liabilities 941 payments and 941 claims liabilities (TF) | 0.8 | 320.00 | 256.00 |
| 5/7/2012 | Review of all tax documents filed and served on Debtor to research claims issues for plan creation (JJ) | 2.7 | 320.00 | 864.00 |
| 5/15/2012 | Preparation for and attendance at meeting with client in furtherance of plan, discussed DIP financing, leases and cost savings measures (PMF) | 0.5 | 320.00 | 160.00 |
| 5/15/2012 | Post meeting organization of meeting discussion and delegated responsibilities (PMF) | 0.6 | 320.00 | 192.00 |
| 5/16/2012 | Telephone correspondence with Larry Kammes regarding possible over reporting issues for payroll from prior tax years and review of tax returns and transcripts related to the same (PMF) |  |  | −19.2 |

Invoice Total

Balance to Date

# Law Offices of Philip M. Fornaro & Associates, Ltd.

### 9140 Broadway Avenue
### Brookfield, IL 60513

Phone # (708) 255-5651
Fax # (708) 390-0665

Invoice submitted to:
Northwest Pediatric Services P.C.
373 Summit St. Ste. 102
Elgin, IL 60120
Re: Administrative

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1750 |

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 5/22/2012 | Meeting with CEO Mike Vertanan as to issues with latest operating report and resolving same, discussion with Larry Kammes and Vertanen on lease issues and possible payments to preparation creditors (JJ) | 1 | 320.00 | 320.00 −32 |
| 5/22/2012 | Meeting with clients regarding draft plans, tax issues, and pending litigation in state court (TF) | 2.4 | 275.00 | 660.00 |
| 5/23/2012 | Continued draft of motion on staffing, telephone correspondence with trustee's office as to same, began drafting due diligence motion and research on same (JJ) | 2 | 275.00 | 550.00 −55 |

| | |
|---|---|
| Invoice Total | $1,530.00 |
| Balance to Date | $1,530.00 |

Handwritten annotations: "7" circled next to 5/22/2012 first entry and 5/23/2012 entry.

# Law Offices of Philip M. Fornaro & Associates, Ltd.

## 9140 Broadway Avenue
## Brookfield, IL 60513

Phone #  (708) 255-5651
Fax #    (708) 390-0665

Invoice submitted to:
Northwest Pediatric Services P.C.
373 Summit St. Ste. 102
Elgin, IL 60120
RE: Retention of Professionals

| Date | Invoice # |
|---|---|
| 5/31/2012 | 1748 |

Terms

| Date | Professional Services | Quantity | Rate | Amount |
|---|---|---|---|---|
| 2/29/2012 | Began drafting Motion to Retain Counsel (JJ) | 0.8 | 320.00 | 256.00 |
| 4/11/2012 | Finalized Motion to Retain Counsel for Estate (JJ) | 0.8 | 320.00 | 256.00 |
| 4/17/2012 | Amended Notice and certificate list, filed Application and Proposed Order (TF) | 0.3 | 275.00 | 82.50 |
| 4/23/2012 | Telephone correspondence with Trustee as to possible amending of application to retain counsel, prepared same for filing (JJ) | 0.6 | 320.00 | 192.00 −19.2 |
| 5/1/2012 | Telephone conference with counsel (PMF) | 0.8 | 320.00 | 256.00 |

⑦ (handwritten annotation next to 4/23/2012)

| | |
|---|---|
| **Invoice Total** | $1,042.50 |
| **Balance to Date** | $1,042.50 |