IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 12-7777 |
| | ) |
| NORTHWEST PEDIATRIC SERVICES S.C. | ) Hon. Eugene R. Wedoff |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

### ORDER GRANTING DEBTOR'S MOTION TO FURTHER EXTEND TIME TO FILE PLAN AND DISCLOSURE STATEMENT

The matter having come before the Court on the Debtor's Motion to Further Extend Time to File Plan and Disclosure Statement (the "Motion") filed by the above-captioned debtor (the "Debtor"); and appearing that the Court has jurisdiction to consider the Motion and the relief requested therein;

**IT IS HEREBY ORDERED** that the Debtor's Motion to Further Extend the Time to File its Plan and Disclosure Statement is granted and the date by which the Debtor shall file its Plan and Disclosure Statement is extended to January 8, 2013.

*This is a final extension.*

Dated: 31 OCT 2012    ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE