# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 12-7777 |
| NORTHWEST PEDIATRIC | ) | |
| SERVICES S.C. | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: May 28, 2014 |
| Debtor. | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION ON THE MOTION FOR
## ENTRY OF FINAL DECREE

PLEASE TAKE NOTICE, that on Wednesday, May 28, 2014 at 10:00 a.m., the undersigned attorneys intend to appear in Courtroom 744 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge for the Northern District of Illinois, and at that time and place shall present the Motion for Entry of Final Decree for approval by this Court, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear.

Dated: May 20, 2014                                  Respectfully submitted,

                                                     NORTHWEST PEDIATRIC
                                                     SERVICES S.C.

                                                     By: /s/ Philip M. Fornaro
                                                     One of its Proposed Attorneys

FORNARO LAW
1022 s. La Grange Road
La Grange IL 60525
(708) 639-4320
(708) 390-0665 facsimile
Email: Tim@fornarolaw.com

## CERTIFICATE OF SERVICE

I, Philip M. Fornaro, an attorney, hereby certify that, on May 20, 2014, pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing Notice *and Motion* to be served (1) electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the appended Service List, and (2) on parties where necessary by first class mail.

/s/ Philip M. Fornaro____

**Registrants in Case**

**(Service through ECF)**

Patrick S. Layng    USTPRegion11.ES.ECF@usdoj.gov

Alexian Brother Medical System
C/O Patrick F. Ross
Ungaretti & Harris LLP
70 West Madison, STE 3500
Chicago, IL 60602

Golan & Christie LLP
Barbara L. Yong, Esq.
70 W. Madison Street, Suite 1500
Chicago, IL 60602

Shaw Gussis Fishman Wolfson & Towbin LLC
John Guzzardo
321 N. Clark St., Ste. 800
Chicago, IL 60654

**Twenty Largest Unsecured Creditors and Parties in Interest**

**(Service via First Class Mail)**

ACS Health
22207 S. Gawain
Joliet, IL 60404

Centerwest Business Park
C/O Mid America Asset Mgt.,Inc.
One Parkview Plaza 9th Floor
Oak Brook Terrace, IL 60181

CIMCO: Internet Connectivity
1901 S. Meyers Road Suite 700
Oak Brook Terrace, IL 60181

Crystal Court
C/O Richard Wolfe
Wolfe and Pelovin
180 N. LaSalle Ste. 2420
Chicago, IL 60601

Illinois Department of Employment Security
Insolvency/Bkcy Sub Unit
Field Audit Section
33 S. State St. 10th Floor
Chicago, IL 60603

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
Mail Stop 2010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Diopsys
P.O. Box 672
Pine Brook, NJ 07058

East Park Professional Center
450 Dundee
Suite 104
Elgin, IL 60120

Geneva Equities, LLC
Jim Madden
530 Main Street
West Chicago, IL 60185

Ho Kim
606 Forest
Glenview, IL 60025

Mid Northern Holding
5057 N Harlem Ave.
Chicago, IL 60656

Plaza Office, LLC
c/o Steven D. Titiner
1700 N. Farnsworth
Aurora, IL 60505

PSS, World Medical
300-2 Airport Rd.
Elgin IL 60123

Henry Schein: Office Supplies
135 Duryea Road
Melville, NY 11747-3824

Schermerhorn Commercial Real Estates, LLC
Hanover Square
2737 Central Street
Evanston, IL 60201

Dean Sorenson
19 W 521 Country Lane
Lombard, IL 60148

Dr. Aijaz Walji
1795 Nicholson
Hoffman Estates, IL 60192

Dr. Helio Zapata
4142 Cleveland
Skokie, IL 60076

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 12 B 7777 |
| NORTHWEST PEDIATRIC SERVICES | ) | |
| S.C. | ) | Honorable Eugene R. Wedoff |
| | ) | Motion Date: May 28, 2014 |
| Debtor. | ) | Motion Time: 10:00 a.m. |

## MOTION FOR ENTRY OF FINAL DECREE

NORTHWEST PEDIATRIC SERVICES S.C. (the "Reorganized Debtor"), by and through its attorneys, FORNARO LAW, moves this Court pursuant to section 350(a) of the bankruptcy Code, 11 U.S.C. § 350(a), and Fed. R. Bankr. P. 3022, for entry of a final decree. In support of this motion, Reorganized Debtor respectfully represents as follows:

1. On February 29, 2012, Reorganized Debtor filed a voluntary petition for relief under Chapter 11 of title 11, United States Bankruptcy Code.

2. On May 22, 2013, this Court entered an order approving Reorganized Debtor's Disclosure Statement and confirming Reorganized Debtor's Plan of Reorganization.

3. The Reorganized Debtor has made three quarterly payments in accordance with the Plan. The Reorganized Debtor is compliant with the Plan and not in default.

4. All contested matters in this case have been resolved and there are no further matters pending before this Court.

WHEREFORE, for all of the reasons set forth herein, and any others that are presented to the Court at a hearing on this motion, Reorganized Debtor, Northwest Pediatric Services S.C., respectfully prays as follows:

A. That this Court enter a final decree closing this case; and

B. For such other and further relief as this Court deems just and proper.

Dated: May 20, 2014                                Respectfully submitted,

                                                   NORTHWEST PEDIATRIC SERVICES S.C.

                                                   By: /s/ Philip M. Fornaro
                                                   Philip M. Fornaro, one of its attorneys

FORNARO LAW
1022 S. LaGrange Road
LaGrange, IL 60525
(708) 639-4320
(708) 390-0665 facsimile
Email: philip@fornarolaw.com
Attorney No. 6229260