IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 12 B 7777 |
| NORTHWEST PEDIATRIC SERVICES | ) |
| S.C. | ) Honorable Eugene R. Wedoff |
| | ) Motion Date: May 28, 2014 |
| Debtor. | ) Motion Time: 10:00 a.m. |

### FINAL DECREE

THIS MATTER COMING TO BE HEARD on Debtor's Motion for Entry of Final Decree (the "Motion"); and the Court being fully informed in the premises:

IT IS HEREBY ORDERED that:

1. The Debtor's Motion is granted; and

2. The case is closed.

Dated: **28 MAY 2014**

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

FORNARO LAW
1022 S. LaGrange Road
LaGrange, IL 60525
(708) 639-4320
(708) 390-0665 facsimile
Email: philip@fornarolaw.com