TRANSMITTAL OF QUARTERLY
POST CONFIRMATION REPORT WITH CERTIFICATION
FOR THE QUARTER ENDED:
__May 27, 2014__

In re: _Northwest Pediatric Services_
_SC_ }           Case No. _12-07777_
}                Chapter 11
}
Debtor }

Debtor, affirms that:

1. The attached Chapter 11 Post Confirmation Report for the quarter ended _5-27-2014_, which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed Under the Plan and the Summary of Status on Consummation of Plan has been reviewed and the report as prepared fairly and accurately reflects the debtor's complete disbursement/distribution activity and status for the period stated.

2. The individual responsible for preparing the attached report was _Larry Kammes_ whose title is _CFO_. Any questions regarding the attached report should be directed to _Larry Kammes_ at telephone number _847 888 3631_.

3. The debtor is in compliance with the provisions of the confirmed Chapter 11 Plan except as listed below (Attach additional documentation if necessary): _within applicable grace period_
   _N/A_

4. The undersigned is authorized to file this report on behalf of the debtor.

**It is certified hereby, under penalty of perjury, that the information provided herein is true and correct to the best of my knowledge and belief.**

Dated: _5/27/2014_

Debtor
By: _Larry Kammes_ (Signature)

_Larry Kammes_
Typed or printed name

_CFO_
Title

CHAPTER 11 POST CONFIRMATION REPORT
FOR QUARTER ENDED
_May 27, 2014_

Debtor: _Northwest Pediatric Services SC_   Case No. _12-07777_

Total Disbursement for Quarter

All disbursements made by the debtor during the current quarter, whether under the plan or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements: $ _2,165,194.73_

Summary of Amounts Distributed Under Plan:

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. Fees and Expenses** | | | |
| 1. Trustee Compensation | | | |
| 2. Fee for Attorney for Trustee | 17,550.00 | 17,550.00 | — |
| 3. Fee for Attorney for Debtor | 5,000.00 | 22,780.54 | 105,024.86 |
| 4. Other Professionals | 5,000.00 | 11,981.76 | 37,135.44 |
| 5. All expenses, including trustee | | | |
| **B. Distributions** | | | |
| 6. Secured Creditors | 22,475.96 | 89,903.84 | 359,615.36 |
| 7. Priority Creditors | 127,874.55 | 647,794.59 | 2,818,339.01 |
| 8. Unsecured Creditors | 47,102.97 | 180,535.66 | 709,130.47 |
| 9. Equity Security Holders | | | |
| 10. Other Payments or Transfers | 990,849.90 | | |
| _Operating expenses_ | 976,891.35 | | |
| **Total Plan Payments** (Sum of Lines 1-10) | 2,165,194.73 | 970,566.39 | 4,029,245.14 |

Summary of Status of Consummation of Plan

Plan Payments are Current                                   Yes _X_   No___
  If no, attach explanatory statement identifying payments not made
  (by creditor, amount and date due), reason for non-payment, and
  an estimated date as to when payments will be brought current.

Quarterly fee due to the United States Trustee are current:   Yes _X_   No___

Anticipated date of final report/motion for final decree:   _5/28/2014_